UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:07-CR-117-BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | <u>MOTION TO WITHDRAW</u> |
| | : | |
| MICHAEL L. YOUNG | : | |

NOW COMES undersigned Counsel respectfully moving this Court to allow my withdrawal of representation of Michael Young in the above-referenced matter. This motion is based on the following:

1. Undersigned filed a Notice of Appearance in this case on May 31, 2007.

2. Undersigned has met with the Defendant on several occasions to discuss preparation for the case.

3. Sometime in July or August of this year, Mr. Young, returned to the United Arab Emerits.

4. Defendant was advised by undersigned to return for a court for a hearing on his travel. After advising undersigned he would return he failed to do so.

5. Mr. Young has not responded to undersigned since November 5th 2007. At this time and has also failed to complete his financial agreement with undersigned.

6. Defendant has failed to return and an Order for his arrest has been issued.

7. Counsel is unable to continue with representation without his assistance. His failure to communicate with

undersigned creates an inability to prepare for trial of this matter.

8. Assistant US Attorney Clay Wheeler has been contacted, but has not responded to undersigned as of this date.

THEREFORE, counsel prays that she has shown good cause and respectfully request that:

1. The Court find good cause to permit withdrawal of the undersigned attorney.

2. The Court enter an Order allowing undersigned to withdraw.

3. The undersigned's name is withdrawn as attorney of record from the Court file.

Respectfully submitted this the 20th day of November, 2007.

AGUIRRE LAW OFFICE, P.A.

By: /s/ Bridgett Britt Aguirre
Bridgett Britt Aguirre
Attorney at Law
Post Office Box 1167
202 E. Academy Street
Fuquay-Varina, North Carolina 27526
Phone:(919) 557-0211
Fax: (919) 557-0998
aguirrelaw@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

Clay Wheeler
        Assistant United States Attorney
        Eastern District of North Carolina
        310 New Bern Avenue, Suite 800
        Raleigh, North Carolina  27601-1461
        clay.wheeler@usdoj.gov

by electronic filing.

    This the 20th day of November, 2007.

                        By:    /s/ Bridgett Britt Aguirre
                        Bridgett Britt Aguirre